

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00098-CR
_____

CEDRIC DESHUN ALEXANDER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 21F1021-005

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

A Bowie County jury convicted Cedric Deshun Alexander of engaging in organized criminal activity, a first-degree felony, and assessed a sentence of imprisonment for life and a $10,000.00 fine. *See* TEX. PENAL CODE ANN. § 71.02 (Supp.). On appeal, Alexander argues that the trial court erred by (1) admitting evidence of extraneous offenses, (2) failing to conduct a Rule 403 balancing test before admitting the extraneous offenses, (3) allowing the prosecutor to make inflammatory statements, and (4) allowing the State to reference the arrests and convictions of Alexander's alleged co-participants.[1]

Alexander's points of error are identical to the ones he raised in his appeal under our appellate cause number 06-24-00096-CR. For the reasons stated in our opinion in 06-24-00096-CR, we find that the trial court did not abuse its discretion by admitting the extraneous-offense evidence and that the trial court presumptively conducted a Rule 403 balancing test when admitting the evidence. *See* TEX. R. EVID. 403. We also find that Alexander failed to preserve his last two points of error for our review. As a result, we affirm the trial court's judgment.[2]

Charles van Cleef
Justice

Date Submitted: March 31, 2025
Date Decided: April 1, 2025

Do Not Publish

---

[1]In cause numbers 06-24-00096-CR and 06-24-00097-CR, Alexander appeals two other convictions for engaging in organized criminal activity.

[2]Alexander also argues that the cumulative effect of the alleged errors deprived him of a fair trial. Because we overrule Alexandar's four points of error, we also overrule his cumulative-error complaint.